UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| -against- | 1:23-cr-00525 |
| JESSICA PEREZ | |
| Defendant | |

---

WHEREAS, the defendant, Jessica Perez, was sentenced on September 11, 2024, and there being no further need to keep possession over the defendant's passport,

IT IS HEREBY ORDERED, that Pretrial Services for the Southern District of New York release Ms. Perez's passport to her forthwith.

Dated: October 17, 2024
New York, NY

SO ORDERED

*Vernon Broderick*
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK